**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JOSEPH MCMANUS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-1279** |
| **DENISE P. MANCUSO, ET AL.** | **SECTION "O"** |

## ORDER AND REASONS

Defendant Denise P. Mancuso filed a motion[1] to dismiss Plaintiff Joseph McManus's ("Plaintiff") claims against her on September 19, 2025. That motion was set for submission on October 15, 2025. Defendant Sherry Phillips also filed a motion[2] to dismiss Plaintiff's claims against her on November 25, 2025. That motion was set for submission on December 10, 2025. Local Rule 7.5 of the United States District Court for the Eastern District of Louisiana requires that an opposition to a motion must be filed no later than eight days before the noticed submission date. Plaintiff, who is proceeding *pro se*, has not filed a memorandum in opposition to either of Defendants' motions to dismiss. Although courts construe *pro se* filings liberally, the Court still requires *pro se* parties to "'abide by the rules that govern the federal courts.'" *E.E.O.C. v. Simbaki, Ltd.*, 767 F.3d 475, 484 (5th Cir. 2014) (citation omitted).

Accordingly, because Defendants' motions are unopposed, and it appearing to the Court that the motions have merit,

[1] ECF No. 7.
[2] ECF No. 13.

**IT IS ORDERED** that Defendants' motions to dismiss are **GRANTED**. Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

Any motion for reconsideration of this Order based on the appropriate Federal Rule of Civil Procedure must be filed within thirty days. The motion must be accompanied by an opposition memorandum to Defendants' motions[3] to dismiss.

New Orleans, Louisiana, this 9th day of June, 2026.

BRANDON S. LONG
UNITED STATES DISTRICT JUDGE

---

[3] ECF No. 7; ECF No. 13.

2